# Court of Appeals
# of the State of Georgia

ATLANTA,  May 05, 2021

*The Court of Appeals hereby passes the following order:*

**A21A0490. IN THE INTEREST OF T. B., A CHILD.**

The State petitioned to adjudicate T. B. delinquent, and T. B. sought to assert the affirmative defenses of insanity and/or delusional compulsion. The juvenile court found that these defenses were unavailable in juvenile court proceedings. T. B. sought interlocutory review of the ruling, and we granted his application for interlocutory appeal. See A20I0250, granted July 22, 2020.

On appeal, T. B. argues that the trial court's interpretation of the Juvenile Code "contravene[s] the constitutionality of the Juvenile Code." The Supreme Court "has exclusive jurisdiction over all cases involving construction of the Constitution of the State of Georgia and of the United States and all cases in which the constitutionality of a law, ordinance, or constitutional provision has been called into question." *Atlanta Independent School System v. Lane,* 266 Ga. 657, 657 (1) (469 SE2d 22) (1996) (citing Ga. Const. of 1983, Art. VI, Sec. VI, Par. II (1)). Here, T. B. arguably challenges the constitutionality of the Juvenile Code. Therefore, T. B.'s appeal is hereby TRANSFERRED to the Supreme Court for disposition. See *Saxton v. Coastal Dialysis & Med. Clinic, Inc.*, 267 Ga. 177, 178 (476 SE2d 587) (1996) (the Supreme

Court has the ultimate responsibility for determining appellate jurisdiction).



*Court of Appeals of the State of Georgia*

*Clerk's Office, Atlanta,*  *05/05/2021*

I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.

Witness my signature and the seal of said court hereto affixed the day and year last above written.

_Stephen E. Castlen_____, *Clerk.*